UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

CLAYTEON NATHANIEL STEEN,

    Petitioner,

vs.                                          Case No. 8:03-CV-2252-T-17TBM

JAMES V. CROSBY, Jr.,

    Respondent.

_____

ORDER

This Court denied Petitioner's petition for writ of habeas corpus. Petitioner has filed an application for a certificate of applicability.

To merit a certificate of appealability, Petitioner must show that reasonable jurists would find debatable both (1) the merits of an underlying claim, and (2) the procedural issues he seeks to raise. See 28 U.S.C. § 2253(c)(2); Slack v. McDaniel, 529 U.S. 473, 475 (2000).[1] Petitioner has failed to meet this standard. Therefore, Petitioner has failed to satisfy the Slack test. Accordingly, the Court orders:

That Petitioner's application for certificate of appealability (Doc. No. 19) is denied.

ORDERED in Tampa, Florida, on _November 9th_, 2005.



Elizabeth A. Kovachevich
UNITED STATES DISTRICT JUDGE

Counsel of Record
Clayteon Steen

---

[1] Miller-El v. Cockrell, 123 S.Ct. 1029 (2003) does not change the Slack standard. See Ziegler v. Crosby, 345 F.3d 1300, 1303 n.4 (11th Cir. 2003).